# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN X. SINGLETON, | 1:08-cv-00095-AWI-GSA-PC |
| Plaintiff, | |
| v. | ORDER RESPONDING TO PLAINTIFF'S REQUEST FOR IMMEDIATE SCREENING (Doc. 9.) |
| A. HEDGEPATH, et al., | |
| Defendants. | |

Kelvin X. Singleton ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 18, 2008. (Doc. 1.) On May 9, 2008, plaintiff filed a request for the court to immediately screen the complaint, due to plaintiff's continued need for medical care. (Doc. 9.).

In his request, plaintiff states that he lost partial vision in his left eye due to failure to treat his glaucoma. Plaintiff states that he has not been scheduled for a follow-up visit since his initial contact with the glaucoma specialist, and that defendants have not responded to the recommendation by the specialist. Plaintiff requests an immediate screening so that he can request a preliminary injunction requesting medical care to prevent blindness in his eye.

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a).

1

1  The court screens complaints in the order in which they are filed and strives to avoid delays
2  whenever possible.  Plaintiff's complaint will be screened in due time.  However, plaintiff is
3  advised that he is not required to wait for the court to screen his complaint before filing a request
4  for a preliminary injunction.  Plaintiff may immediately file a request for a preliminary injunction
5  if he so wishes.
6       Plaintiff's request is hereby RESOLVED by this order.

8       IT IS SO ORDERED.
9       Dated:   **August 25, 2008**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE