IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN X SINGLETON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>A. HEDGEPATH,<br><br>　　　　Defendants.<br>_____/ | 1:08-cv-00095-AWI-GSA  (PC)<br><br>ORDER GRANTING  MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS<br><br>(DOCUMENT #22)<br><br>30-DAY DEADLINES |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On February 2, 2009, plaintiff filed a motion to extend time to file a second amended complaint and to file objections to the Magistrate's Findings and Recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to file:

　　　　(1)　　A second amended complaint, pursuant to the court's order of January 14, 2009, and

　　　　(2)　　Objections to the Magistrate's Findings and Recommendations of January 14, 2009.

　　IT IS SO ORDERED.

　　**Dated:   February 5, 2009**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE