# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN X. SINGLETON,<br><br>        Plaintiff,<br><br>    v.<br><br>A. HEDGEPETH, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:08-cv-00095-AWI-GSA PC<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 26) |

Kelvin X. Singleton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 18, 2008. (Doc. 1.) On November 18, 2008, the Court screened Plaintiff's Complaint and issued an order requiring Plaintiff to amend the Complaint to comply with Federal Rule of Civil Procedure 18(a). (Doc. 12.) On December 9, 2008, Plaintiff filed the First Amended Complaint. (Doc. 14.) On January 14, 2009, The Court screened the First Amended Complaint; delineated the deficiencies with various of Plaintiff's claims; found the majority of Plaintiff's claims cognizable; and ultimately ordered for Plaintiff to either file a second amended complaint, or notify the Court of his willingness to proceed only on the claims found cognizable by the Court. (Doc. 20.) On February 12, 2009, Plaintiff filed the Second Amended Complaint (Doc. 26) which the Court screened pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against defendants CMO A. Youssef, CMO S. Lopez, Dr. J. Akanno, Dr. S. Qamar, Dr. Vasquez, RN II M. Ali, and RN II M. Wright-Pearson for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment. Fed. R.

1

Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following Defendants:

   CMO A. YOUSSEF

   CMO S. LOPEZ

   DR. J. AKANNO

   DR. S. QAMAR

   DR. VASQUEZ

   RN II M. ALI

   RN II M. WRIGHT-PEARSON

2. The Clerk of the Court shall send Plaintiff seven (7) USM-285 forms, seven (7) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the Second Amended Complaint filed February 12, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Eight (8) copies of the endorsed Second Amended Complaint filed February 12, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The failure to comply with this order will result in a recommendation that this action be dismissed.

1  IT IS SO ORDERED.

2  **Dated:   October 8, 2009**                  /s/ **Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE