1

2

3

4

5

6

7

8

9              **UNITED STATES DISTRICT COURT**

10                    EASTERN DISTRICT OF CALIFORNIA

11

12   KELVIN X. SINGLETON,                      1:08-cv-00095-AWI-GSA-PC

13              Plaintiff,                      ORDER GRANTING REQUEST TO
                                                WITHDRAW MOTION FOR STAY
14        v.                                    (Doc. 80.)

15   A. HEDGEPATH, et al.,                      ORDER WITHDRAWING PLAINTIFF'S
                                                MOTION FROM COURT DOCKET
16              Defendants.                     (Doc. 79.)
                                        /
17

18   **I.    BACKGROUND**

19        Plaintiff Kelvin X. Singleton ("plaintiff") is a state prisoner proceeding pro se and in forma

20   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on January

21   18, 2008.  (Doc. 1.)

22        On July 14, 2010, plaintiff filed a motion to stay this action due to his involuntary transfer

23   to the Kern County Jail.  (Doc. 79.)  On July 30, 2010, plaintiff filed a request to withdraw the

24   motion for stay.  (Doc. 80.)  Plaintiff explains that as of July 22, 2010, he was transferred to

25   Calipatria State Prison and is now able to proceed with litigation of this action.

26        Good cause having been presented to the court, and GOOD CAUSE APPEARING

27   THEREFOR, IT IS HEREBY ORDERED that:

28        1.       Plaintiff's request to withdraw his motion to stay is GRANTED; and

                                             1

1    2.    Plaintiff's motion to stay, filed on July 14, 2010, is WITHDRAWN from the Court's

2         docket.

3

4    IT IS SO ORDERED.

5    **Dated:    August 2, 2010**                    /s/ **Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28