# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN X. SINGLETON,   | 1:08-cv-00095-AWI-GSA-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDER |
| v. | (Doc. 62.) |
| A. HEDGEPATH, et al., | |
| Defendants. / | |

Plaintiff Kelvin X. Singleton ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On May 3, 2010, Plaintiff filed a motion for a court order requiring Defendants to respond to Plaintiff's motion for partial summary judgment filed April 8, 2010.  (Doc. 62.)  A review of the Court's record shows that Defendants responded to Plaintiff's motion for partial summary judgment on April 22, 2010, by filing a motion to deny Plaintiff's motion as premature.  (Doc. 58.)  Therefore, Plaintiff's motion for a court order is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   September 26, 2010              /s/ Gary S. Austin
                                                         UNITED STATES MAGISTRATE JUDGE