IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

KELVIN SINGLETON,                                     1:08-cv-00095-AWI-GSA (PC)

           Plaintiff,

vs.                                                   ORDER GRANTING DEFENDANTS'
                                                      MOTION FOR EXTENSION OF TIME TO
                                                      FILE OPPOSITION TO PLAINTIFF'S
A. HEDGEPATH, et al.,                                 MOTION FOR SUMMARY JUDGMENT

           Defendants.                        (Motion #139)

_____/

        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to

42 U.S.C. §1983.  On January 21, 2011, defendants filed a motion to extend time to file an

opposition to plaintiff's motion for summary judgment.  Inasmuch as defendants filed their

opposition on February 22, 2011, and good cause having been presented to the court, IT IS

HEREBY ORDERED THAT defendant's motion to extend time to file an opposition is

GRANTED nunc pro tunc.


    IT IS SO ORDERED.

  **Dated:   February 23, 2011**          _____ **/s/ Gary S. Austin** _____
                                 UNITED STATES MAGISTRATE JUDGE