IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN SINGLETON, | 1:08-cv-00095-AWI-GSA-PC |
| Plaintiff, | |
| vs. | ORDER DENYING REQUEST FOR APPOINTMENT OF EXPERT WITNESS |
| A. HEDGEPATH, et al., | ( Doc. 111.) |
| Defendants. | |

On November 19, 2010, Plaintiff filed a request for appointment of an expert witness, and on March 7, 2011, Plaintiff filed a declaration in support of the request. (Docs. 111, 152.)

The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. See Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989) (citations omitted). The in forma pauperis statute does not authorize the expenditure of public funds for the purpose sought by Plaintiff in the instant request.

Accordingly, Plaintiff's request for the appointment of an expert witness is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **March 14, 2011**         /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE