# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN X. SINGLETON, | 1:08-cv-00095-AWI-GSA-PC |
| Plaintiff, | ORDER DENYING MOTION TO STRIKE DEFENDANT LOPEZ'S DECLARATION AND EXHIBITS |
| v. | (Doc. 165.) |
| HEDGEPATH, et al., | |
| Defendants. | |

Kelvin X. Singleton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 25, 2011, Plaintiff filed a motion to strike the declaration and attached exhibits filed by defendant Lopez on February 22, 2011. (Doc. 165.)

Plaintiff objects to defendant Lopez's declaration on the grounds that defendant Lopez failed to provide documentary evidence in support of her statements that she is a Board Certified physician in internal medicine, holds a Doctor of Osteopathic Medicine degree, holds a Doctor of Chiropractic degree, and is licensed as an X-ray Supervisor and an Aviation Medical Examiner. Plaintiff argues that the entire declaration and attached exhibits should be stricken because defendant Lopez did not produce copies of her degrees when Plaintiff requested copies during discovery. Plaintiff also argues that Defendants should not be allowed professional, technical, and legal advantages over Plaintiff when they violate court rules.

Defendant Lopez's declaration was filed in this action on February 22, 2011, in support of Defendants' motion for summary judgment filed on the same date. (Doc. 147-4.) Plaintiff's objections to testimony contained in the declaration are properly brought as part of Plaintiff's opposition to the motion for summary judgment, instead of as a separate motion to strike. Therefore, the motion to strike shall be denied.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to strike defendant Lopez's declaration and attached exhibits is DENIED.

IT IS SO ORDERED.

Dated:   May 6, 2011                     /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE