# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN X. SINGLETON, | 1:08-cv-00095-AWI-GSA-PC |
| Plaintiff, | ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR EXTENSION OF TIME |
| v. | |
| HEDGEPATH, et al., | (Doc. 166.) |
| Defendants. | |

Kelvin X. Singleton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 25, 2011, Plaintiff filed a motion to strike Plaintiff's motion for extension of time filed on March 7, 2011. (Doc. 166.) Plaintiff's motion for extension of time was granted on March 17, 2011. (Doc. 158.) Therefore, the motion to strike is moot.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to strike Plaintiff's motion for extension of time is DENIED as moot.

IT IS SO ORDERED.

Dated:    May 6, 2011               /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE