IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN SINGLETON,<br><br>              Plaintiff,<br><br>   v.<br><br>A. YOUSSEF, et al.,<br><br>              Defendants. | NO. 1:08-cv-00095-AWI-GSA-PC<br><br>ORDER RE MOTION<br><br>(ECF No. 190) |

     Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. Pending before the Court is Plaintiff's motion styled as a request for an evidentiary hearing on documents submitted by the parties in support of their respective motions for summary judgment. Plaintiff filed his motion on August 25, 2011.

     Plaintiff seeks a 60 day extension of time to authenticate certain of his records in support his motion and/or opposition to Defendants' motion. The Court will construe this as a request to continue the motion for summary judgment. The parties' motions for summary judgment are continued pursuant to Federal Rule of Civil Procedure 56(f) until such time as the Court rules on Plaintiff's request filed on August 25, 2011. The Court will address the merits of Plaintiff's request upon the filing of opposition by Defendants, or upon the expiration of time for filing an opposition.

     IT IS SO ORDERED.

Dated:   **September 8, 2011**           /s/ **Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE