UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN X. SINGLETON,

       Plaintiff,            1:08-cv-00095-AWI-GSA PC

  vs.

S. LOPEZ, et al.,

       **ORDER & WRIT OF HABEAS CORPUS**
       Defendants.       **AD TESTIFICANDUM**

       Kelvin Singleton, CDCR # H-86959, a necessary and material witness in a settlement conference in this case on February 5, 2015, is confined in the Richard J. Donovan Correctional Facility, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Edmund F. Brennan, to appear by telephone at the Richard J. Donovan Correctional Facility, on Thursday, February 5, 2015 at 10:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, California, 92179:**

       **WE COMMAND** you to produce the inmate named above to testify before Judge Brennan at the time and place above, until completion of the settlement conference or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

  Dated:   **November 26, 2014**                    /s/ Gary S. Austin

                                                                                          UNITED STATES
MAGISTRATE JUDGE