UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN X. SINGLETON,<br><br>            Plaintiff,<br><br>    vs.<br><br>S. LOPEZ, et al.,<br><br>            Defendants. | 1:08-cv-00095-AWI-GSA-PC<br><br>ORDER FOR PLAINTIFF AND DEFENDANTS TO FILE STATUS REPORTS WITHIN THIRTY DAYS |

Kelvin X. Singleton ("Plaintiff") is a state prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on January 18, 2008. (Doc. 1.)

This case now proceeds with Plaintiff's Second Amended Complaint filed on February 12, 2009, against defendants Chief Medical Officer (CMO) A. Youssef; S. Lopez, M.D.; J. Akanno, M.D.; S. Qamar, M.D.; Dr. Vasquez, M.D.; Registered Nurse II (RN) Ali; and RN Wright-Pearson ("Defendants"), on Plaintiff's claims for deliberate indifference to his serious medical needs in violation of the Eighth Amendment, for delay in providing effective treatment for Plaintiff's back pain, and failure to respond to Plaintiff's eye pain and swelling. (Doc. 26.)

On February 5, 2015, the parties to this action appeared before Magistrate Judge Edmund F. Brennan for a settlement conference. After discussions with the Court, the case did not settle.

At this stage of the proceedings, the Court is prepared to schedule this case for trial. To assist with the schedule in this action, Plaintiff and Defendants shall be required to file status reports in response to this order, notifying the Court of their readiness for trial.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, Plaintiff and Defendants shall file status reports notifying the Court of their readiness for trial; and

2. Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **February 9, 2015**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE