UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN X. SINGLETON,<br><br>        Plaintiff,<br><br>    vs.<br><br>S. LOPEZ, et al.,<br><br>        Defendants. | 1:08-cv-00095-AWI-GSA-PC<br><br>ORDER APPROVING AND GIVING FULL EFFECT TO STIPULATED QUALIFIED HIPAA PROTECTIVE ORDER<br>(Doc. 234.) |

This civil rights action, brought pursuant to 42 U.S.C. § 1983, proceeds on the Second Amended Complaint filed by state prisoner Kelvin X. Singleton ("Plaintiff") on February 12, 2009, against defendants Chief Medical Officer (CMO) A. Youssef; S. Lopez, M.D.; J. Akanno, M.D.; S. Qamar, M.D.; Dr. Vasquez, M.D.; Registered Nurse II (RN) Ali; and RN Wright-Pearson ("Defendants"), on Plaintiff's claims for deliberate indifference to his serious medical needs in violation of the Eighth Amendment, for delay in providing effective treatment for Plaintiff's back pain, and failure to respond to Plaintiff's eye pain and swelling. (Doc. 26.)

On July 20, 2015, a stipulation for the entry of a Qualified HIPAA Protective Order was filed with the court, containing the signatures of Counsel for Plaintiff and Counsel for Defendants. (Doc. 233.) The stipulation sets forth a stipulated Qualified HIPAA Protective Order for consideration by the court. After consideration of the proposed Protective Order, the

court HEREBY ORDERS that the parties' stipulated Qualified HIPAA Protective Order, filed on July 20, 2015, is APPROVED as set forth and is given full effect.

IT IS SO ORDERED.

    Dated:  **July 21, 2015**                    **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE