UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN X. SINGLETON,<br><br>    Plaintiff,<br><br>   vs.<br><br>S. LOPEZ, et al.,<br><br>    Defendants. | 1:08-cv-00095-AWI-GSA-PC<br><br>ORDER QUASHING DEPOSITION SUBPOENAS |

    This civil rights action, brought pursuant to 42 U.S.C. § 1983, proceeds on the Second Amended Complaint filed by state prisoner Kelvin X. Singleton ("Plaintiff") on February 12, 2009, against defendants Chief Medical Officer (CMO) A. Youssef; S. Lopez, M.D.; J. Akanno, M.D.; S. Qamar, M.D.; Dr. Vasquez, M.D.; Registered Nurse II (RN) Ali; and RN Wright-Pearson ("Defendants"), on Plaintiff's claims for deliberate indifference to his serious medical needs in violation of the Eighth Amendment, for delay in providing effective treatment for Plaintiff's back pain, and failure to respond to Plaintiff's eye pain and swelling. (Doc. 26.) This case is presently in the discovery phase.

    On August 20, 2015, the parties took part in a telephonic discovery conference with Magistrate Judge Gary S. Austin regarding deposition subpoenas served by Plaintiff on Dr. Steven Yaplee, Dr. Marshall Lewis and Dr. Ashok Parmar. Attorney Patrick C. Justman

appeared telephonically on behalf of Plaintiff. Deputy Attorney General William J. Douglas appeared telephonically on behalf of Defendants.

Magistrate Judge Gary S. Austin, having read the parties' Joint Statement of Discovery Dispute, and having heard the oral arguments of counsel, held that the court's order of April, 24, 2015 (ECF No. 233) did not give Plaintiff leave to serve deposition subpoenas. Therefore, the deposition subpoenas served on Dr. Steven Yaplee, Dr. Marshall Lewis and Dr. Ashok Parmar shall be quashed.

Accordingly, IT IS HEREBY ORDERED that:

1. The deposition subpoenas served by Plaintiff on Dr. Steven Yaplee, Dr. Marshall Lewis and Dr. Ashok Parmar are QUASHED; and

2. This order does not affect Plaintiff's documents subpoenas to the foregoing doctors, or the parties' ability to conduct expert witness depositions as provided by Federal Code of Civil Procedure section 26(b)(4)(A).

IT IS SO ORDERED.

Dated: **August 25, 2015**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE