UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN X. SINGLETON,<br><br>           Plaintiff,<br><br>      vs.<br><br>A. HEDGEPATH, et al.,<br><br>           Defendants. | 1:08-cv-00095-AWI-EPG-PC<br><br>NOTICE OF TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN<br><br>**December 3, 2015 at 11:00 a.m.<br>Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

This case is now scheduled for a telephonic status conference before Magistrate Judge Erica P. Grosjean on Thursday, **December 3, 2015 at 11:00 a.m. in Courtroom 10 (EPG).** The parties shall be prepared to discuss the status of this case, Plaintiff's willingness to consent to Magistrate Judge jurisdiction for trial, and a plan for proceeding toward trial. The parties shall coordinate a one-line conference call to the Chambers telephone number at **(559) 499-5960**.

IT IS SO ORDERED.

Dated:   **November 24, 2015**                    /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE