UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN X. SINGLETON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>S. LOPEZ, et al.,<br><br>　　　　Defendants. | 1:08-cv-00095-AWI-GSA-PC<br><br>ORDER FOR PLAINTIFF'S COUNSEL TO FILE NOTICE OF APPEARANCE WITHIN TEN DAYS |

Kelvin X. Singleton ("Plaintiff") is a state prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's attorney of record in this case is Patrick C. Justman of Latham & Watkins. (ECF No. 242.) At the December 3, 2015 status conference for this case, attorneys Jake Ryan and Reese Nguyen of Latham & Watkins appeared telephonically on behalf of Plaintiff and informed the Court that they are now representing Plaintiff, in place of Patrick C. Justman. Based on this information, the Court requires Plaintiff's new attorneys to file a Notice of Appearance in this case within ten days of the date of service of this order.

IT IS SO ORDERED.

　　Dated:　__December 4, 2015__　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE