UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN X. SINGLETON,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>A. HEDGEPATH, et al.,<br><br>　　　　　　　　　Defendants. | 1:08-cv-00095-EPG  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT KELVIN X. SINGLETON, CDCR #86959, AND HIS LEGAL PROPERTY<br><br>**DATE: March 29, 2016**<br>**TIME:  1:30 p.m.** |

　　　　Kelvin X. Singleton, inmate, CDCR #86959, a necessary and material witness in proceedings in this case on March 29, 2016, is confined at the Richard J. Donovan Correctional Facility (RJD), 480 Alta Road, San Diego, CA  92179, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus *ad Testificandum* issue commanding the custodian to produce the inmate for a settlement conference before Magistrate Judge Kendall J. Newman in Courtroom #25, at the United States District Court, 501 I Street, Sacramento, California 95814 on **March 29, 2016, at 1:30 a.m.**

　　　　**ACCORDINGLY, IT IS ORDERED that:**

　　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of Court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

　　　　2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

　　　　**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of the Richard J. Donovan Correctional Facility (RJD)**

　　　　**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the settlement conference, or as ordered by the Court; and thereafter to return the inmate to the above institution.  **The inmate's legal property relevant to this case shall accompany the inmate to the settlement conference**

　　　　**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

　　Dated:   **March 2, 2016**　　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE