UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN X. SINGLETON,<br><br>              Plaintiff,<br>v.<br>A. HEDGEPATH, et al.,<br><br>              Defendants. | 1:08-cv-00095-EPG  (PC)<br><br>ORDER VACATING AMENDED ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM, ISSUED ON MARCH 3, 2016, TO TRANSPORT KELVIN X. SINGLETON, CDCR #**H-86959**, AND HIS LEGAL PROPERTY<br>(ECF No. 269.)<br><br>KELVIN X. SINGLETON<br>CDCR #**H-86959** |

On March 3, 2016, the Court issued an amended order and Writ of Habeas Corpus *ad Testificandum* to transport Plaintiff Kelvin X. Singleton and his legal property, commanding the Warden of Richard J. Donovan Correctional Facility to produce California prisoner Kelvin X. Singleton, CDCR #H-86959, to attend a settlement conference in this action before Magistrate Judge Kendall J. Newman, on March 29, 2016 at 1:30 p.m., in Courtroom #25 at the United States District Court, 501 I Street, Sacramento, CA 95814.  (ECF No. 269.)

Instead of appearing in person at the settlement conference, Plaintiff shall appear telephonically.  Therefore, it is not necessary for Plaintiff to be transported to Court for the settlement conference.  By separate order, the Court shall notify the parties of this change.



Accordingly, IT IS ORDERED that the Court's amended order and Writ of Habeas Corpus *ad Testificandum* issued on March 3, 2016, commanding the production of inmate Kelvin X. Singleton and his legal property, BE HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **March 11, 2016**                       /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE