# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN X. SINGLETON,<br><br>　　　　　　Plaintiff,<br>v.<br>A. HEDGEPATH, et al.,<br>　　　　　　Defendants. | 1:08-cv-00095-EPG  (PC)<br><br>ORDER FOR PLAINTIFF TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE<br><br>KELVIN X. SINGLETON, CDCR #H-86959<br><br><u>Settlement Conference</u><br>March 29, 2016 at 1:30 p.m.<br>Before Magistrate Judge Kendall J. Newman<br>United States Courthouse, Sacramento<br>Courtroom 25 |

On March 3, 2016, the Court issued an amended order for the issuance of a Writ of Habeas Corpus *ad Testificandum* to transport Plaintiff Kelvin X. Singleton, commanding the Warden of the Richard J. Donovan Correctional Facility (RJD), 480 Alta Road, San Diego, CA 92179 to produce California prisoner Kelvin X. Singleton, CDCR #H-86959, to attend a settlement conference in this action before Magistrate Judge Kendall J. Newman on March 29, 2016, at the United States District Court in Sacramento, California.  (ECF No. 269.)

Instead of appearing in person at the settlement conference, Plaintiff shall appear telephonically.  Therefore, it is not necessary for Plaintiff to be transported to Court for the settlement conference.  By separate order, the Court has vacated the order and Writ issued on March 3, 2016.  (ECF No. 271.)

Accordingly, IT IS ORDERED that:

1. Plaintiff Kelvin X. Singleton shall appear telephonically at the settlement conference for this action on March 29, 2016 at 1:30 p.m.;

2. Counsel for Plaintiff is required to arrange for the participation of Plaintiff in the telephonic conference;

3. Plaintiff's counsel is advised to spend ample time before the hearing, contacting prison employees ahead of time to ensure that Plaintiff is connected for the telephonic hearing at the scheduled time; and

4. Prison employees and the Litigation Coordinator at the Richard J. Donovan Correctional Facility are directed to arrange for inmate Kelvin X. Singleton, CDCR # H-86959 to participate telephonically in the settlement conference for this case on March 29, 2016 at 1:30 p.m.; and

5. The Clerk of Court is directed to serve a copy of this order on the Litigation Coordinator at the Richard J. Donovan Correctional Facility.

IT IS SO ORDERED.

Dated:   **March 22, 2016**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE