UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN X. SINGLETON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>A. HEDGEPATH, et al.,<br><br>　　　　Defendants. | 1:08-cv-00095-EPG-PC<br><br>ORDER GIVING FULL EFFECT TO STIPULATION TO DISMISS CASE, WITH PREJUDICE, UNDER RULE 41<br>(ECF No. 276.)<br><br>ORDER FOR CLERK TO CLOSE CASE |

　　　Kelvin X. Singleton ("Plaintiff") is a state prisoner proceeding with counsel in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This case now proceeds with Plaintiff's Second Amended Complaint filed on February 12, 2009, against defendants Chief Medical Officer (CMO) A. Youssef; S. Lopez, M.D.; J. Akanno, M.D.; S. Qamar, M.D.; Dr. Vasquez, M.D.; Registered Nurse II (RN) Ali; and RN Wright-Pearson (collectively, "Defendants"), on Plaintiff's claims for deliberate indifference to his serious medical needs in violation of the Eighth Amendment, for delay in providing effective treatment for Plaintiff's back pain, and failure to respond to Plaintiff's eye pain and swelling.  (ECF No. 26.)

　　　The parties to this action have consented to Magistrate Judge jurisdiction under 28 U.S.C. 636(c), and on December 21, 2015, this case was reassigned to Magistrate Judge Erica P. Grosjean for all further proceedings, including trial and entry of final judgment.  (ECF No. 263.)

On May 27, 2016, a stipulation for voluntary dismissal with prejudice was filed with the Court, containing the signatures of Plaintiff and Counsel for Defendants. (ECF No. 276.) The stipulation states that Plaintiff Kelvin X. Singleton and Defendants Ali, Akanno, Lopez, Qamar, Vazquez, Wright-Pearson, and Youssef have resolved this case in its entirety and therefore stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Federal Rule of Civil Procedure 41(a)(1)(ii) allows plaintiffs to "dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." The stipulation filed on May 27, 2016 is signed by all parties who have appeared in this case. Therefore, the parties' stipulation is given full force and effect, and this case is dismissed with prejudice. The Clerk shall close the case.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation for voluntary dismissal of this action with prejudice is effective as of the date it was filed;
2. This case is DISMISSED WITH PREJUDICE; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 1, 2016**                    /s/ *Erica P. Grosjean*
                                             UNITED STATES MAGISTRATE JUDGE