1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KELVIN X. SINGLETON,                        No.  1:08-cv-0095 EPG PC

12              Plaintiff,

13        v.                                     ORDER

14   A. HEDGEPATH, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner, now proceeding without counsel.  All parties consented to

18   Magistrate Judge jurisdiction under 28 U.S.C. 636(c).  On March 29, 2016, the parties settled this

19   action during a settlement conference before the undersigned.  At that time, the undersigned

20   explained to plaintiff that the settlement proceeds could be delayed up to six months from the date

21   the written stipulation is executed, but that at the time of the settlement conference, it was

22   averaging about three to four months for settlement proceeds to be paid.  The parties filed the

23   stipulation for voluntary dismissal on May 27, 2016.

24        On October 14, 2016, plaintiff filed a letter explaining that he had written to defendants'

25   counsel concerning a death in plaintiff's family and inquiring whether the settlement proceeds

26   could be expedited; however, plaintiff claims that defense counsel failed to respond.  Plaintiff

27   notes that the "November 10, 2016 deadline" is fast approaching and contends that defendants'

28   failure to timely pay the proceeds should enable him to either seek interest on the proceeds or

                                               1

1   back out of the settlement altogether.

2        Although six months from the filing of the written stipulation has not yet run, the verbal

3   settlement of this case was put on the record on March 29, 2016.  The delay in paying the

4   settlement proceeds in this case appears to be unusual.  Therefore, defendants' counsel is directed

5   to file a status report advising the status of the payment of settlement proceeds in this case,

6   including whether the settlement proceeds will be paid to plaintiff on or before November 10,

7   2016.  No response by plaintiff is required.

8        Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this

9   order, defendants shall file a status report as set forth above.

10   Dated:  October 18, 2016

11

12   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

13   /sing0095.fb.set

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2